IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KILIPATRICK TAYLOR, | § § § | |
| *Plaintiff,* | § § | SA-22-CV-01241-JKP |
| vs. | § § | |
| 187TH DISTRICT COURT, BEXAR COUNTY; ARRESTING OFFICER, STATE TROOPER, AGENCY OF TEXAS; AND ARRESTING OFFICER, BEXAR COUNTY, TEXAS, | § § § § § § | |
| *Defendants.* | § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued a report and recommendation for the District Court to dismiss this case pursuant to 28 U.S.C. § 1915(e). Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 13th day of December, 2022.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE